AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RHONA LEE SANDMAN, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:14-CV-289-D** |

**Decision by the Court:**

    IT IS ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered against Defendant Rhona Lee Sandman in the amount of $121,470.00, plus post-judgment interest at the rate of .10% and future costs.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **JUNE 3, 2014** WITH A COPY TO:

Joshua B. Royster  (via CM/ECF electronic notification)


| | |
|---|---|
| June 3, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |